[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 22, 2006
THOMAS K. KAHN
CLERK

No. 06-12170
Non-Argument Calendar
_____

D. C. Docket No. 04-00234-CV-4-HLM

JOHN (JIMMY) ADAMS,

Plaintiff-Appellant,

versus

CHATTOOGA COUNTY, RALPH KELLETT,
as an Individual and in his Official Capacity as
Chattooga Co. Sheriff, EDDIE COLBERT, as
an Individual and his Official Capacity as
Investigator of the Chattooga County Sheriff's
Office, T.L. MADDUX, as an Individual and
in his Official Capacity as Magistrate Judge of
Chattooga County,

Defendants-Appellees,

HERBERT E. (BUZZ) FRANKLIN,
as an Individual and in his Official Capacity
as District Attorney, Lookout Mtn. Judicial
Circuit, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(August 22, 2006)**

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

The final judgments entered in favor of the defendants/appellees are affirmed for the reasons stated in the detailed ORDER on defendant Franklin's motion to dismiss (ORDER dated March 8, 2005) and the detailed ORDER granting summary judgment in favor of all remaining defendants/appellees as to all pending claims (ORDER dated March 15, 2006).

AFFIRMED.